NUMBERS


13-07-256-CR

13-07-257-CR

13-07-258-CR


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


______________________________________________________________ ___


ANTONIO BEJARAN, JR., Appellant,


v.



THE STATE OF TEXAS, Appellee.

________________________________________________________________ _


On appeal from the 107th District Court of Cameron County, Texas.


_________________________________________________________________ 


MEMORANDUM OPINION


 

Before Justices Rodriguez, Benavides, and Vela


Memorandum Opinion Per Curiam



 Appellant, ANTONIO BEJARAN, JR., attempted to perfect appeals from an order
denying his motion to dismiss and/or modify entered by the 107th District Court of
Cameron County, Texas, in cause numbers 99-CR-780-A, 99-CR-781-A, and 99-782-A. The order from which these appeals are attempted was signed on August 17,
2006. Appellant did not file his notice of appeal until April 10, 2007. Said notice of
appeal was untimely filed. 

 Upon review of the documents received in this Court, it appeared that the order
from which these appeals were taken was not a final appealable order. Notice of this
defect was given so that steps could be taken to correct the defect, if it could be
done. Appellant was advised that, if the defect was not corrected within ten days
from the date of receipt of this notice, the appeals would be dismissed for want of
jurisdiction. On April 30, 2007, appellant filed a motion for extension of time to file
a pro se motion to dissolve garnishment writ, and on May 25, 2007, appellant filed a
pro se motion to dissolve writ/order. 

 The Court, having examined the documents on file, this Court's notice, and
appellant's motions, is of the opinion that the attempted appeals should be dismissed
for want of jurisdiction. Appellant's motions are denied as moot, and the appeals are
DISMISSED FOR WANT OF JURISDICTION.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and filed 

this the 5th day of July, 2007.